# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 5:16-CR-214-3 |
| | ) | |
| VERSUS | ) | JUDGE ELIZABETH E. FOOTE |
| | ) | |
| FINCHER ET AL. | ) | MAGISTRATE JUDGE HORNSBY |

## DEFENDANT DAVID FINCHER'S
## LIST OF FORESEEABLE ISSUES

NOW INTO COURT, comes Defendant, David Fincher, through undersigned counsel, Ronald Miciotto, and having discussed a mutual list of foreseeable issues with counsel for Charles Ferris Callihan, Christopher Hatch, also advances and agrees that the following list of foreseeable issues should be addressed at the upcoming status conference hearing:

1.   Use of a jury questionnaire;

2.   Voir dire by counsel, after the Court has completed its voir dire;

3.   Number of peremptory challenges;

4.   The number of alternate jurors;

5.   Courtroom arrangements for the defendants and their respective counsel;

6.   Ongoing discovery issues regarding production and cut-off dates, including information regarding offers of leniency and rap sheets;

7.   Production and admissibility of charts, graphs, and illustrations that may be used during trial;

8.   Production of *Jencks*, *Brady*, and *Giglio* material;

9.   Deadline for pre-trial motions in limine;

10.   Length of opening statements;

11.    Length of trial;

12.    Trial schedule;

13.    Estimated length of each Defendant's presentation;

14.    Party order of the defense presentation;

15.    Implementation of the rule of sequestration;

16.    Whether an objection by counsel for any party reserves that objection as to all parties, except those who specifically opt out of an objection made by counsel for another party;

17.    Admissibility of F.R.E. 404(b) evidence;

18.    Length of closing argument;

19.    Necessity of visiting the former Explo site/offices/facilities by the jury;

20.    Timing of production of Government's trial exhibits, considering the massive scope of the discovery in this case;

21.    Party order for defense cross-examination;

Respectfully submitted,


RONALD MICIOTTO

_/s/ Ronald Miciotto_
RONALD MICIOTTO, BAR NO.  07540
JUSTIN SMITH BAR NO. 34096
628 STONER AVE
SHREVEPORT, LOUISIANA 71101
(318) 424-0200 (TEL)
(318) 424-3730 (FAX)

ATTORNEY FOR DAVID FINCHER

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that I have served a copy of the above and foregoing on all counsel of record by virtue of the CM/EFC electronic filing system this 5th day of April, 2018.

RONALD MICIOTTO

_/s/ Ronald Miciotto_

**RONALD MICIOTTO, BAR NO. 07540**
**JUSTIN SMITH, BAR NO. 34096**
628 STONER AVE
SHREVEPORT, LOUISIANA 71101
(318) 424-0200 (TEL)
(318) 424-3730 (FAX)

ATTORNEYS FOR DAVID FINCHER