# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 5:16-cr-214-3 |
| | ) | |
| VERSUS | ) | JUDGE ELIZABETH E. FOOTE |
| | ) | |
| FINCHER ET AL. | ) | MAGISTRATE JUDGE HORNSBY |

## DEFENDANT DAVID FINCHER'S
## PROPOSED JURY INSTRUCTIONS

NOW INTO COURT, comes Defendant, David Fincher, through undersigned counsel, Ronald Miciotto, and proposing the following jury instructions:

### 1.

The Defense would adopt the Government's proposed jury instructions recommended in paragraph one (1) of the United States' Proposed Jury Instructions.

### 2.

Defense would recommend the following substantive instructions from the Fifth Circuit Pattern Jury Instructions:

2.15A  Conspiracy to Commit Offense
2.15B  Conspiracy to Defraud
2:16   Multiple Conspiracies
2.45   False Statements, Documents
2.57   Wire Fraud
2.04   Aid and Abet

### 3.

Since there is no standard jury instruction for Improper Storage of Explosive Materials the Defense would recommend the following instruction:

The elements of Illegal Storage of Explosive Materials are as follows:

1) (A) That the defendant stored explosive materials

   (B) That the defendant did so knowingly

   (C) That the materials stored were explosive materials

   (D) That the explosive material was knowingly stored by the defendant in a manner that was not in conformity with regulations promulgated by the Attorney General.

2) To prove the Government's case, it must show that the defendant knew how explosive materials were supposed to be stored. In addition, the Government needs to prove that the defendant knew that he was storing explosive materials in a manner not in conformity with regulations promulgated by the Attorney General.

3) If you are convinced that the Government has proved all of these elements, say so by returning a guilty verdict on this charge. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of this charge.

4.

The defense adopts the Government's proposed jury instruction for Illegal Transportation of Hazardous Waste as recommended in the United States' Proposed Jury Instructions.

Respectfully submitted,

**RONALD MICIOTTO**

_/s/ Ronald Miciotto_

RONALD MICIOTTO, BAR NO. 07540
JUSTIN SMITH, BAR NO. 34096
628 STONER AVE
SHREVEPORT, LOUISIANA 71101
(318) 424-0200 (TEL)
(318) 424-3730 (FAX)

ATTORNEYS FOR DAVID FINCHER

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that I have served a copy of the above and foregoing on all counsel of record by virtue of the CM/EFC electronic filing system this 5th day of April, 2018.

**RONALD MICIOTTO**

_/s/ Ronald Miciotto_

RONALD MICIOTTO, BAR NO. 07540
JUSTIN SMITH, BAR NO. 34096
628 STONER AVE
SHREVEPORT, LOUISIANA 71101
(318) 424-0200 (TEL)
(318) 424-3730 (FAX)

ATTORNEYS FOR DAVID FINCHER